ELMER BOWMAN, Appellant, v. C. F. GILMOUR Co., INC., Respondent. — Order modified by substituting $7,000 in place of $5,000, and giving appe'-lant twenty days in which to stipulate to accept such modified reduction

of the verdict, if he so elects, and as so modified the order is affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.